Douglas L. Barrett (8845)
Law Office of Douglas Barrett, LLC
Attorney for Debtor(s)
1149 West Center Street
Orem, UT  84057
Telephone: (801)222-9700
Facsimile: (801)224-9960
E-Address:*dbarrett@dlblaw.com*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

IN RE:                                          :

RICHARD ANDREW MITCHELL            :        Bankruptcy Case No. 14-31229
KANDA SAE-NGOW MITCHELL
                                                :        Chapter 13

            Debtor(s).                      :

OBJECTION TO CLAIM #1 OF USAA FEDERAL SAVINGS BANK

COMES NOW Douglas L. Barrett, attorney for Debtor(s) in the above referenced case and objects to claim number 1 of USAA Federal Savings Bank as follows:

1. On 10/22/2014 the above reverenced debtors filed for Chapter 13 Bankruptcy.

2. On 12/08/2014 Creditor USAA Federal Savings Bank (Creditor) filed Proof of Claim No. 1.

3. Claim No. 1 claims a Secured Claim status for the amount of $66,508.22 and based on real property located at 1308 Hawksmoor Way, Grovetown, GA 30813. (GA Property)

4.  Debtors abandoned the GA Property in 2012 and it is their information and belief that the property was foreclosed upon in March 2014.

5.  Debtors believe the claimed debt to be an unsecured non-priority claim.

WHREREFORE, the Debtor(s) pray that Claim No. 1 be deemed an unsecured non-priority claim and treated as such in the debtors bankruptcy plan.

Dated: January 6, 2015

_____
Douglas L. Barrett
Attorney for Debtor(s)